IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAMES R. MULLINS, JR., et al.,          :

    Plaintiffs,

  v.                                                         Case No. 3:16-cv-137
                                          :
PENNYMAC LOAN SERVICES,                   JUDGE WALTER H. RICE
LLC, et al.,

    Defendants.                           :

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #5);
OVERRULING "PLAINTIFF'S MOTION FOR EX PARTE FOR
TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE
PENDING PRELIMINARY INJUNCTION" (DOC. #4)

---

Based on the reasoning and citations of authority set forth by Magistrate Judge Michael R. Merz in his April 27, 2016, Report and Recommendations, Doc. #5, as well as on a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing in its entirety. Although Plaintiffs were notified of their right to file Objections to the Report and Recommendations, and of the consequences of failing to do so, no Objections have been filed within the time allotted.

Based on the procedural and substantive issues identified by Magistrate Judge Merz, the Court OVERRULES "Plaintiff's Motion for Ex Parte for Temporary

Restraining Order and Order to Show Cause Pending Preliminary Injunction." Doc. #4.

Date: June 1, 2016

WALTER H. RICE
UNITED STATES DISTRICT JUDGE