IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JAMES R. MULLINS, JR., et al., :

        Plaintiffs, : Case No. 3:16-cv-137

  - vs - : District Judge Walter Herbert Rice
        Magistrate Judge Michael R. Merz

PENNYMAC LOAN SERVICES, :
LLC, et al.,
                             :

        Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #38), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Motion to Dismiss of Defendants Pennymac Loan Services, LLC; Mortgage Electronic Registration Systems, Inc.; and Deutsche Bank National Trust Company (ECF No. 14) is GRANTED. Defendants Pennymac Loan Services, LLC; Mortgage Electronic Registration Systems, Inc.; and Deutsche Bank National Trust Company are dismissed as party Defendants.

August 30, 2016.

                                                            Walter Herbert Rice
                                                           United States District Judge