IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAMES R. MULLINS, JR., *et al.*,      :

      Plaintiffs,

    v.      :      Case No. 3:16-cv-137

PENNYMAC LOAN SERVICES,      JUDGE WALTER H. RICE
LLC, *et al.*,

      Defendants.      :

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORTS AND RECOMMENDATIONS (DOCS. ##39, 40);
SUSTAINING DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO
DISMISS (DOC. #28) AND DEFENDANT LAURITO & LAURITO, LLC'S
MOTION TO DISMISS (DOC. #29)

---

Based on the reasoning and citations of authority set forth by United States

Magistrate Judge Michael R. Merz, in his Reports and Recommendations (Docs.

##39, 40), as well as upon a thorough *de novo* review of this Court's file and the

applicable law, the Court ADOPTS said judicial filings in their entirety. Although

the parties were advised of their right to file Objections to the Reports and

Recommendations, and of the consequences of failing to do so, no Objections have

been filed within the time allotted.

Accordingly, the Court SUSTAINS the Motions to Dismiss filed by Defendant

Bank of America, N.A. (Doc. #28) and Defendant Laurito & Laurito, LLC (Doc.

#29), and DISMISSES all claims against these Defendants WITH PREJUDICE.

Date: September 7, 2016

WALTER H. RICE
UNITED STATES DISTRICT JUDGE