IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAMES R. MULLINS, *et al.*,

          Plaintiffs,

    v.

PENNY MAC LOAN SERVICES,
LLC, *et al.*,

          Defendants.

:

:

:

:

Case No. 3:16-cv-137

JUDGE WALTER H. RICE

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #49);
SUSTAINING DEFENDANTS GOVERNMENT NATIONAL MORTGAGE
ASSOCIATION AND UNITED STATES DEPARTMENT OF
AGRICULTURE'S UNOPPOSED MOTION TO DISMISS (DOC. #47),
AND DISMISSING WITHOUT PREJUDICE ALL CLAIMS AGAINST
THEM FOR LACK OF SUBJECT MATTER JURISDICTION; DISMISSING
WITHOUT PREJUDICE ALL CLAIMS AGAINST FRIENDLY FINANCIAL
SERVICES, ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR
EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE
PROPERTY DESCRIBED IN THE COMPLAINT, AND DOES 1-100;
JUDGMENT TO ENTER IN FAVOR OF DEFENDANTS AND AGAINST
PLAINTIFFS; TERMINATION ENTRY

---

Based on the reasoning and citations of authority set forth by United States

Magistrate Judge Michael R. Merz, in his October 18, 2016, Report and

Recommendations (Doc. #49), as well as upon a thorough *de novo* review of this

Court's file and the applicable law, the Court ADOPTS said judicial filing in its

entirety, SUSTAINS Defendants Government National Mortgage Association and

United States Department of Agriculture's unopposed Motion to Dismiss (Doc.

#47), and DISMISSES WITHOUT PREJUDICE all claims asserted against them, for lack of subject matter jurisdiction.  The Court notes that, although the parties were notified of their right to file Objections to the Report and Recommendations, and of the consequences of failing to do so, no Objections have been filed within the time allotted.

As Magistrate Judge Merz pointed out, Defendant Friendly Financial Services was never served with a copy of the Complaint and Summons, *see* Doc. #42, and Plaintiffs have failed to show good cause for the failure of service.  Likewise, the record indicates that Defendants identified in the Complaint as "All Persons Unknown, claiming any Legal or Equitable Right, Title, Estate, Lien, or Interest in the Property Described in the Complaint Adverse to Plaintiffs' Title or Any Cloud on Plaintiffs' Title Thereto," and "Does 1-100, inclusive," have never been identified or served with a copy of the Complaint and Summons.  Accordingly, all claims against these Defendants are DISMISSED WITHOUT PREJUDICE.

All claims against Defendants Penny Mac Loan Services, LLC, Bank of America, N.A., Mortgage Electronic Registration, Inc., Laurito and Laurito, LLC, and Deutsche Bank Trust Company, have previously been dismissed.  Docs. ##43, 46.

Given that all claims asserted in the Complaint have now been dismissed, judgment shall be entered in favor of Defendants and against Plaintiffs.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.


Date: November 14, 2016

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE